UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

BONNIE THOMPSON : CRIMINAL NO. 2:19-CV-00136

VERSUS : JUDGE JAMES D. CAIN, JR.

SHELTER MUTUAL INSURANCE CO. : MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 8] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

IT IS ORDERED that the Motion to Remand [doc. 4] is hereby DENIED.

THUS DONE AND SIGNED in Lake Charles, Louisiana, this 14th day of August, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE